FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 09 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SMH  DEPUTY

MICHAEL BAILEY
United States Attorney
District of Arizona

M. BRIDGET MINDER
Assistant U.S. Attorney
Arizona State Bar No. 023356
PETER SEXTON
Assistant U.S. Attorney
Arizona State Bar No. 011089
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: mary.minder@usdoj.gov
Email: peter.sexton@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UCXtra Umbrella, LLC,<br><br>　　　　　　Defendant. | No.　CR-20-00225-01-PHX-MTL<br><br>**I N F O R M A T I O N**<br><br>**VIO:** 18 U.S.C. § 1347<br>Health Care Fraud<br>Count One<br><br>18 U.S.C. § 1957<br>Monetary Transactions Derived<br>From Unlawful Activity<br>Count Two |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

At all times relevant to this Information:

1.　Defendant UCXTRA UMBRELLA, LLC ("UCXtra"), is an Arizona corporation that, by 2016, owned and was operating a network of 33 urgent care clinics in Arizona, primarily in the greater Phoenix and Tucson areas, doing business under the name

Urgent Care Extra. From 2012 through 2016, more than one million patient visits occurred at UCXtra clinics in Arizona. UCXtra accepted and billed a broad range of private and public health insurance plans for its services; the majority of UCXtra's patient visits were billed to private health insurance companies.

2. UCXtra intentionally created patient care practices and billing procedures that caused UCXtra providers and staff to overstate the complexity of the medical services provided to patients and claim falsely inflated reimbursement rates from health care benefit programs. UCXtra encouraged providers and staff to order tests and procedures that may not have been medically necessary to justify higher billing codes and obtain higher reimbursement rates. Knowing Medicare was more likely to audit the claims and detect the fraud, UCXtra targeted private health insurance companies for higher reimbursement claims.

**COUNT ONE**

From at least as early as February 2009 and continuing through at least October 2016, in the District of Arizona, defendant UCXTRA UMBRELLA, LLC, knowingly and willfully executed and attempted to execute the above-described scheme and artifice to defraud and to obtain by means of materially false and fraudulent pretenses, representations and promises, money and property owned by and under the custody and control of health care benefit programs as defined in 18 U.S.C. § 24(b), in connection with the delivery of and payment for health care benefits, items, and services.

All in violation of Title 18, United States Code, Section 1347.

**COUNT TWO**

On or about October 31, 2016, in the District of Arizona, defendant UCXTRA UMBRELLA, LLC, knowingly engaged and attempted to engage in a monetary transaction by, through, and to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the transfer of U.S. currency, funds, and monetary instruments in the amount of $300,000 from Chase account ending -6780 to J.P. Morgan account ending -0918, such property having been derived

from a specified unlawful activity, that is health care fraud (18 U.S.C. § 1347).

All in violation of Title 18, United States Code, Section 1957.

Dated this 12th day of February, 2020.

                    MICHAEL BAILEY
                    United States Attorney
                    District of Arizona

*s/ Mary Bridget Minder*

M. BRIDGET MINDER
PETER SEXTON
Assistant U.S. Attorneys