MICHAEL BAILEY
United States Attorney
District of Arizona
M. BRIDGET MINDER
Assistant U.S. Attorney
Arizona State Bar No. 023356
PETER SEXTON
Assistant U.S. Attorney
Arizona State Bar No. 011089
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: mary.minder@usdoj.gov
Email: peter.sexton@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-0225-PHX-MTL |
| Plaintiff, | |
| vs. | **JOINT MOTION TO CORRECT JUDGMENT** |
| UCXtra Umbrella, LLC, | |
| Defendant. | |

The government and defendant UCXtra Umbrella, LLC, jointly move to correct the judgment (doc. 25) pursuant to Fed. R. Crim. P. 35(a). Specifically, the parties request that the Court impose a $100 fine, in addition to the $12,500,000 in restitution that was ordered at the sentencing on August 27, 2020.

The parties learned after sentencing, with the helpful assistance of the Clerk's Office and the Probation Office, that a fine may be required under 18 U.S.C. § 3551(c) given that probation was not imposed. Although the parties continue to maintain that a significant fine is not warranted for all of the reasons discussed in their sentencing memoranda, the parties believe a small fine would be appropriate to ensure the judgment fully complies with 18 U.S.C. § 3551(c).

Accordingly, the parties propose that a fine of $100 be imposed and the judgment be corrected to reflect the fine. Counsel for defendant UCXtra has confirmed that defendant does not oppose the imposition of a $100 fine and that it will promptly pay the fine if imposed. Counsel for the government also has confirmed the Probation Office agrees with the imposition of a $100 fine.

A proposed order is being submitted herewith.

Respectfully submitted this 2nd day of September, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/M. Bridget Minder*
M. BRIDGET MINDER
PETER SEXTON
Assistant U.S. Attorneys

POLSINELLI PC

*s/Edward F. Novak (with permission)*
EDWARD F. NOVAK
Attorney for UCXtra Umbrella, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Edward F. Novak, Attorney for Defendant

*s/Daniel Parke*
U.S. Attorney's Office