**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**UCXtra Umbrella LLC** | *AMENDED* JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br><br>**No.  CR-20-00225-001-PHX-MTL**<br><br>Edward F. Novak (Retained)<br>Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 03/09/2020 to Counts 1 and 2 of the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §1347, Health Care Fraud, a Class C Felony offense, as charged in Count 1 of the one Count Information, and Title 18, U.S.C. § 1957, Monetary Transactions Derived from Unlawful Activity, a Class C felony offense, as charged in Count 2 of the Information.

## CRIMINAL MONETARY PENALTIES

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant shall pay to the Clerk the following criminal monetary penalties:

**SPECIAL ASSESSMENT:** $800.00      **FINE:** $100.00      **RESTITUTION:** $12,500,000.00

The defendant shall pay a fine of $100.00 which shall be due immediately.

Within one year of today's date, the defendant shall pay restitution totaling $12,500,000.00 to the victims as set forth in the spreadsheet at Doc. 22-3.

The defendant shall pay a special assessment of $800.00 which shall be due immediately.

The defendant shall pay a total of $12,500,900.00 in criminal monetary penalties, due immediately.

The Court hereby waives the imposition of interest and penalties on any unpaid balances.

**THE COURT FINDS** that the defendant has been sentenced in accordance with the terms of the plea agreement and that they have waived their right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

Case 2:20-cr-00225-MTL   Document 28   Filed 09/03/20   Page 2 of 2

CR-20-00225-001-PHX-MTL  
USA vs. UCXtra Umbrella LLC

Page 2 of 2

Date of Imposition of Sentence: **Thursday, August 27, 2020**

Dated this 3rd day of September, 2020.

_Michael T. Liburdi_  
Michael T. Liburdi  
United States District Judge

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                              By:    Deputy Marshal

CR-20-00225-001-PHX-MTL- UCXtra Umbrella LLC  8/27/2020 - 4:53 PM